IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:19-cv-60714-AHS

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

NELEITHIA HINSON,

        Plaintiff - Intervenor

vs.

SWAMI PANCAKE, LLC, d/b/a
"INTERNATIONAL HOUSE OF
PANCAKES" or "IHOP"

        Defendant.
_____/

## JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

Pursuant to Federal Rules of Civil Procedure 7(b)(1) and 65(d), Plaintiff, United States Equal Employment Opportunity Commission ("EEOC"), and Defendant, Swami Pancake, LLC. ("IHOP") (hereinafter the EEOC and Swami Pancake, LLC are collectively referred to as "the Parties") jointly request that the Court approve and enter the attached signed Consent Decree.

1. The EEOC is the federal agency responsible for enforcing federal laws prohibiting employment discrimination, including Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et. seq.* ("Title VII").

2. The EEOC filed this action on March 19, 2019, under Title VII to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Charging Party Neleithia Hinson ("Ms. Hinson") and a class of female employees.  Specifically,

      the EEOC alleged that Defendant subjected Ms. Hinson and a class of female employees to a sexually hostile work environment based on their sex.

3. Swami Pancake, LLC denied and continues to deny EEOC's allegations.

4. Through settlement discussions, the Parties have agreed to resolve this action in the terms reflected in the attached Consent Decree.  *See* Exhibit A (attached hereto).

5. The Parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Federal Rule of Civil Procedure 65(d) in that it states the reasons for its issuance, provides specific terms with which the Parties must comply, and describes in detail the acts restrained and required.

6. The Court's entry of the Consent Decree will resolve all claims asserted by the EEOC in its Complaint in their entirety.

7. The Parties request that the Court administratively close this case and retain jurisdiction to enforce the terms of the Consent Decree. Each Party has agreed to bear their own attorneys' fees and costs incurred in this matter.

**WHEREFORE**, for the foregoing reasons, the Parties respectfully request that this Court grant this joint motion for approval of the Consent Decree, execute the attached Consent Decree, administratively close this action, retain jurisdiction to enforce the terms of the Consent Decree, and enter any and all further relief that the Court deems equitable and just.

**Dated January 16, 2020**

Respectfully Submitted,

| | |
|---|---|
| **s/ Carmen Manrara Cartaya**<br>Carmen Manrara Cartaya, Esq.<br>Trial Attorney<br>Florida. Bar Number 73887<br><br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>100 S.E. 2nd Street, Suite 1500<br>Miami, FL 33131<br>Telephone: (786) 648-5811<br>Carmen.cartaya@eeoc.gov<br>*Attorney for Plaintiff* | **s/ Cathy M. Stutin**<br>Cathy M. Stutin, Esq.<br>Fisher & Phillips, LLP<br>Florida. Bar Number 0865011<br><br>Fisher & Phillips, LLP<br>450 Las Olas Boulevard Suite 800<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 535-4800<br>Facsimile: (954) 525-8739<br>cstutin@fisherphillips.com<br>*Attorney for Defendant* |