UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-60714-CIV-AHS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

-and-

NELEITHIA HINSON,

    Intervenor-Plaintiff,

vs.

SWAMI PANCAKE, LLC, et al.
d/b/a IHOP

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Intervenor-Plaintiff Neleithia Hinson, and Defendant Swami Pancake, LLC ("IHOP), hereby file this Joint Stipulation of Dismissal with Prejudice. The parties agree that this action is dismissed with prejudice as to all parties, with each side to bear its own attorney's fees and costs.

Dated: January 17, 2020.

| | |
|---|---|
| /s/Eric Nicastro | /s/Cathy M. Stutin |
| Eric Nicastro, Esq. | Cathy M. Stutin |
| Florida Bar No. 120275 | Florida Bar No. 0865011 |
| Gabriel J. Navarro, Esq. | Fisher & Phillips LLP |
| Florida Bar No. 1010341 | 450 East Broward Blvd. |
| Pacin Levine, P.A. | Suite 800 |
| 1150 NW 72nd Avenue, Suite 600 | Fort Lauderdale, Florida 33301 |
| Miami, Florida 33126 | Tel: 954-525-4800 |
| Tel: 305-760-9085 | cstutin@fisherphillips.com |
| enicastro@pl-law.com | |
| gnavarro@pl-law.com | |
| | |
| *Attorneys for Plaintiff-Intervenor* | *Attorneys for Defendant* |