UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-60714-CIV-SINGHAL

U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

NELEITHIA HINSON,

    Plaintiff-Intervenor,

vs.

SWAMI PANCAKE, LLC, d/b/a
"INTERNATIONAL HOUSE OF PANCAKES"
or "IHOP,"

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (DE [42]), filed January 17, 2020. The Court having reviewed the stipulation and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 21st day of January 2020.

                                                                         RAAG SINGHAL
                                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF